IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MICHELLE MARIE RISPOLI,**

    **Plaintiff,**

v.                                           Case No. 1:18cv16-MW/GRJ

**NANCY A. BERRYHILL,**
**Acting Commissioner of**
**Social Security,**

    **Defendant.**

_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 17. Defendant has filed her Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) With Reversal and Remand of the Cause to the Defendant. ECF No. 16. For this reason,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Defendant's Consent Motion for Entry of Judgment Under Sentence Four of 42 U.S.C. § 405(g) with Reversal and Remand of the Cause to Defendant, ECF No. 16, is **GRANTED**. The Commissioner's decision denying benefits to Plaintiff is **REVERSED and**

1

**REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings. On remand, the ALJ shall consider the new evidence and re-assess the claims as set forth in the Report and Recommendation." The Clerk shall close the file.

**SO ORDERED on 8/21/2018.**

                                          **s/ MARK E. WALKER**
                                          **Chief United States District Judge**